## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH A. KUNSTLER, BAY E. INGRAM, HAROLD H. CUMMINS and FARREL WEIL, JR., individually and on behalf of all other similarly situated individuals, | * * * * * | CIVIL ACTION<br><br>NO. CV-10-CV-1345<br><br>SECTION: "F" |
| **Plaintiffs** | * * | |
| VERSUS | * * | JUDGE<br>MARTIN L.C. FELDMAN |
| BP, P.L.C.; BP EXPLORATION & PRODUCTION, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA, INC.; TRANSOCEAN, LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; ANADARKO E&P COMPANY LP; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007 LLC; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; and M-I, L.L.C. (USING TRADE NAME "SWACO"), | * * * * * * * * * * * * * * * | MAGISTRATE<br>ALMA L. CHASEZ |
| **Defendants** | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION TO COMPEL SUBPOENA RESPONSES BY
THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Joseph A. Kunstler, Bay E. Ingram, Harold H. Cummins, and Farrel Weil, Jr., individually and on behalf of all other similarly situated individuals (the "Plaintiffs"), who, for the reasons more fully set forth in the attached memorandum in support, respectfully move pursuant to Fed.R.Civ.Proc.

45(c)(2)(B)(i) to compel non-party, the Louisiana Department of Wildlife and Fisheries, to respond to the subpoena attached thereto as Exhibit "1".

Respectfully submitted,

/s/ *William R. DeJean*
W. Christopher Beary (Bar No. 22253)
R. Ray Orrill, Jr., (Bar No. 10239)
William R. DeJean (Bar No. 22762)
**ORRILL, CORDELL & BEARY, L.L.C.**
330 Carondelet Street
New Orleans, Louisiana  70130
Telephone:   (504) 299-8724
Facsimile:    (504) 299-8735
E-mail:        wcb@ocblaw.com
                    rrojr@ocblaw.com
                    wrd@ocblaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system on this 1st day of June, 2010.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice of this filing was additionally served upon the Louisiana Department of Wildlife and Fisheries by facsimile and/or mailing same by United States Mail, properly addressed with first-class postage prepaid.

/s/ *William R. DeJean*
WILLIAM R. DEJEAN