UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH A. KUNSTLER, BAY E. INGRAM, HAROLD H. CUMMINS, and FARREL WEIL, JR., individually and on behalf of all other similarly situated individuals; | * * * * * | CIVIL ACTION NO. 10-1345 |
| | * | SECTION: "F-5" |
| | * | JUDGE FELDMAN |
| versus | * | |
| | * | MAGISTRATE CHASEZ |
| BP, P.L.C.; BP EXPLORATION & PRODUCTION, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA, INC.; TRANSOCEAN, LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; ANADARKO E&P COMPANY LP; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007 LLC; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION, f/k/a COOPER CAMERON CORPORATION; and M-I, L.L.C. (USING TRADE NAME "SWACO") | * * * * * * * * * * * * | |

* * * * * * * * *

### NOTICE OF HEARING OF PLAINTIFFS' MOTION FOR A LIMITED LIFTING OF THE STAY

**PLEASE TAKE NOTICE** that Plaintiffs, Joseph A. Kunstler, Bay E. Ingram, Harold H. Cummins, and Farrel Weil, Jr., individually and on behalf of all other similarly situated individuals (the "Plaintiffs"), through undersigned counsel, shall bring a Motion for a Limited Lifting of the Stay for hearing in the United States District Court for the Eastern District of Louisiana, on July 28, 2010, at 10:00 a.m., before the Honorable Martin L. C. Feldman, 500 Poydras Street, Room C-551, New Orleans, Louisiana 70130.

(Signature block and Certificate of Service on next page).

Respectfully submitted,

/s/ *William R. DeJean*
W. Christopher Beary, T.A. (Bar No. 22253)
R. Ray Orrill, Jr., (Bar No. 10239)
William R. DeJean (Bar No. 22762)
**ORRILL, CORDELL & BEARY, L.L.C.**
330 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 299-8724
Facsimile: (504) 299-8735
E-mail: wcb@ocblaw.com
rrojr@ocblaw.com
wrd@ocblaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system on June 9, 2010.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Notice of this filing was additionally served upon the Louisiana Departments of Justice and Wildlife and Fisheries by facsimile and/or mailing same by United States Mail, properly addressed with first-class postage prepaid.

/s/ *William R. DeJean*
WILLIAM R. DEJEAN